UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
NO. _____

*ELECTRONICALLY FILED*

HAMBURG HEALTHCARE, LLC                                                PLAINTIFF

v.

MIKE LEAVITT, SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
CENTERS FOR MEDICARE AND MEDICAID SERVICES          DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR TEMPORARY RESTRAINING ORDER

\* \* \* \* \* \* \* \* \* \* \*

Now comes the Plaintiff, Hamburg Healthcare, LLC, by and through counsel, and pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby moves the Court for a temporary restraining order temporarily restraining and enjoining the Defendant, Mike Leavitt, Secretary of the Department of Health and Human Services, and any officials, agents, employees, and other persons or entities acting with or in active concert with such persons from terminating the Plaintiff's Medicare/Medicaid Provider Agreement effective December 3, 2006, and specifically without:

        a)     First considering the condition of the facility as of December 3, 2006;

      b)    First considering the content of Hamburg's Credible Allegation of Compliance with Medicare Conditions of Participation provided to CMS November 30, 2006;

      c)    Extending any meaningful review opportunity as set forth in CMS's notice or otherwise provided in 42 CFR Section 498.5;

      d)    Affording Hamburg the 15-day notice provided for in 42 CFR 456(c); and

      e)    Affording Hamburg the opportunity to informally dispute the findings of non-compliance through the IDR process 906 KAR 1:120 as mandated by 42 CFR Section 488.331.

In support of this Motion, Plaintiff submits and files herewith, its Verified Complaint, the Affidavit of David Hall, its Memorandum of Points and Authorities in Support of this Motion, and a Proposed Restraining Order.

                                        Respectfully submitted,

                                        McBRAYER, McGINNIS, LESLIE
                                          & KIRKLAND, PLLC
                                        201 East Main Street, Suite 1000
                                        Lexington, Kentucky 40507
                                        (859) 231-8780


                                        s/Stephen G. Amato
                                        LISA ENGLISH HINKLE
                                        STEPHEN G. AMATO
                                        CHRISTOPHER J. SHAUGHNESSY
                                        HOLLY TURNER CURRY

## CERTIFICATION

The undersigned hereby certifies that efforts have been made to contact the Defendant to notify the Defendant of the institution of this proceeding and specifically the effort to obtain a temporary restraining order. Specifically, telephone messages and e-mails have been left and sent to Hon. Howard Lewis, Assistant General Counsel, Department for Health and Human Services, Region 4.

s/Stephen G. Amato

## VERIFICATION

I hereby verify that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
DAVID HALL

STATE OF KENTUCKY )

COUNTY OF FAYETTE )

Subscribed and sworn to before me by David Hall on this the 1st day of December, 2006.

My Commission Expires: 5/10/07

_____
NOTARY PUBLIC, KENTUCKY

Z:\Hamburg Health Care\motion for temporary restraining order.doc

4