UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
NO. 5:06-CV-00397-JMH

***ELECTRONICALLY FILED***

HAMBURG HEALTHCARE, LLC                                                           PLAINTIFF

v.                              **FIRST AMENDED COMPLAINT**

MIKE LEAVITT, SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
CENTERS FOR MEDICARE AND MEDICAID SERVICES                  DEFENDANTS

\*\*\*\*\*\*\*\*\*\*

Comes Plaintiff, Hamburg Healthcare, LLC, ("Hamburg"), by and through counsel, and for its First Amended Complaint herein, states as follows:

1.   The allegations contained in the Complaint filed herein December 1, 2006, (including all exhibits), are hereby incorporated by reference and made a part hereof, as if set forth fully herein.

WHEREFORE, for the reasons set forth in the Complaint herein, Hamburg respectfully requests the following additional relief:

A.   A preliminary injunction effective as of the date and time of the expiration of the temporary restraining order entered herein December 1, 2006 prohibiting CMS from effectively terminating Hamburg's Provider Agreements without

      a)   First considering the condition of the facility as of December 3, 2006 including but not limited to conducting a revisit survey of the facility by the appropriate agency;

      b)   First considering the content of Hamburg's Credible Allegation of Compliance with Medicare Conditions of Participation provided to CMS November 30, 2006;

    c)    Extending any meaningful review opportunity as set forth in CMS's notice or otherwise provided in 42 CFR Section 498.5;

    d)    Affording Hamburg the 15-day notice provided for in 42 CFR 456(c); and

    e)    Affording Hamburg the opportunity to informally dispute the findings of non-compliance through the IDR process 906 KAR 1:120 as mandated by 42 CFR Section 488.331.

B.    A permanent injunction effective at the time of final judgment prohibiting CMS from effectively terminating Hamburg's Provider Agreements without

    a)    First considering the condition of the facility as of December 3, 2006 including but not limited to conducting a revisit survey of the facility by the appropriate agency

    b)    First considering the content of Hamburg's Credible Allegation of Compliance with Medicare Conditions of Participation provided to CMS November 30, 2006;

    c)    Extending any meaningful review opportunity as set forth in CMS's notice or otherwise provided in 42 CFR Section 498.5;

    d)    Affording Hamburg the 15-day notice provided for in 42 CFR 456(c); and

    e)    Affording Hamburg the opportunity to informally dispute the findings of non-compliance through the IDR process 906 KAR 1:120 as mandated by 42 CFR Section 488.331.

C.    Any and all other relief to which Hamburg may appear entitled.

                    Respectfully submitted,

                    MCBRAYER, MCGINNIS, LESLIE
                        & KIRKLAND, PLLC
                    201 E. Main Street, Suite 1000
                    Lexington, KY  40507
                    (859) 231-8780

By:    *s/Stephen G. Amato*_____
        LISA ENGLISH HINKLE
        STEPHEN G. AMATO
        CHRISTOPHER J. SHAUGNESSY
        HOLLY TURNER CURRY
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of December, 2006, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

H. Davis Sledd, Esq.
Assistant United States Attorney
U.S. Attorney's Office, EDKY
110 W. Vine Street, Suite 400
Lexington, KY  40507

                    *s/ Stephen G. Amato*_____
                    COUNSEL FOR PLAINTIFF

Z:\Hamburg Health Care\Amended Complaint.doc